IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:12CR422 |
| vs. | ) | ORDER |
| AARON MCGRATH, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Aaron McGrath (McGrath) (Filing No. 38). McGrath seeks until July 8, 2013, in which to file pretrial motions in accordance with the progression order. McGrath has filed an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 39). McGrath's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant McGrath's motion for an extension of time (Filing No. 38) is granted. McGrath is given until **on or before July 8, 2013,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motions, i.e., **the time between June 24, 2013, and July 8, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 24th day of June, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge