IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

AARON MCGRATH,

Defendant.

**EXHIBIT LIST**

Case No.        8:12CR422
Deputy:        Kathy Griess
Reporter:    Sue DeVetter
Date:            December 6, 2013

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Interface Report from PedoBoard Website, User 2: "Admin" | X | | X | | 12/6/2013 |
| 2 | | | Interface Report from PedoBook Website, User 35: "Admin" | X | | X | | 12/6/2013 |
| 3 | | | Print Out from PedoBoard of Website Rules | X | | X | | 12/6/2013 |
| 4 | | | Print Out from PedoBook of Website Rules | X | | X | | 12/6/2013 |

**OBJECTIONS**
**R: Relevancy**
**H: Hearsay**
**A: Authenticity**
**O: Other (specify)**

1