Defendant: AARON MCGRATH
Case Number: 8:12CR422-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **two hundred forty (240) months.**

The Court makes the following recommendations to the Bureau of Prisons:

1. Defendant should be given credit for time served.

2. That the defendant participate in a Sex Offender Treatment Program.

    (X)    The defendant is remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 20___.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the 4th day of _March_, 20 14 to _FCI Sandstone, MN_____, with a certified copy of this judgment.

_Nenes Wilson, Warden_
UNITED STATES WARDEN

BY: _Wporjensen, CSO_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 20____.

_____
UNITED STATES WARDEN

BY: _____

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
14 MAR 18  PM 2: 56
OFFICE OF THE CLERK

15:17 MCR10'14 USMSAF